EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2005

at ___ o'clock and ___ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00189 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) |
| | ) | (b)(1)(A), (b)(1)(B), |
| KEITH SEICHI IMAI,      (01) | ) | 843(b) and 846, and |
| JEFFREY KAMA,           (02) | ) | 18 U.S.C. §§ 2, 922(g)(1) |
| SHAWNA KAULUKUKUI, and  (03) | ) | and 924(a)(2) & (c)(1)] |
| MICHAEL MIYASATO,       (04) | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about January 1, 2001, to and including April 13, 2005, in the District of Hawaii, and elsewhere,

**KEITH IMAI,
JEFFREY KAMA, SHAWNA KAULUKUKUI,**



UNSEALED BY ORDER OF THE COURT
DATE: _____

SEALED
BY ORDER OF THE COURT

### and MICHAEL MIYASATO

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to distribute and possess methamphetamine for distribution in Hawaii.

### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.  On or about November 23, 2004, Jeffrey KAMA spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

2.  On or about November 27, 2004, Shawna KAULUKUKUI spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

3.  On or about December 3, 2004, Jeffrey KAMA spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

4. On or about December 4, 2004, Jeffrey KAMA spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

5. On or December 4, 2004, Keith IMAI distributed approximately 32 grams of methamphetamine to Jeffrey KAMA.

6. On or about December 4, 2004, Jeffrey KAMA was in possession of approximately 32.8 grams of methamphetamine.

7. On or about December 4, 2004, Shawna KAULUKUKUI spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

8. On or about December 9, 2004, Shawna KAULUKUKUI spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

9. On or about December 9, 2004, Keith IMAI distributed approximately 51 grams of methamphetamine to Shawna KAULUKUKUI.

10. On or about December 9, 2004, Shawna KAULUKUKUI was in possession of approximately 51 grams of methamphetamine.

11. On or about December 27, 2004, Michael MIYASATO spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

12. On or about January 25, 2005, Michael MIYASATO spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

13. On or about January 25, 2005, Keith IMAI distributed approximately 5 grams of methamphetamine to Michael MIYASATO.

14. On or about January 25, 2005, Michael MIYASATO was in possession of five (5) grams of methamphetamine.

15. On or February 4, 2005, Michael MIYASATO spoke on the telephone with Keith IMAI concerning the sale of a quantity of drugs.

16. On or about February 4, 2005, Keith IMAI distributed approximately eight (8) grams of methamphetamine to Michael MIYASATO.

17. On or about February 4, 2005, Michael MIYASATO was in possession of eight (8) grams of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges that:

On or about December 4, 2004, in the District of Hawaii, and elsewhere, **KEITH IMAI**, did knowingly and intentionally distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

COUNT 3:

The Grand Jury further charges that:

On or about December 4, 2004, in the District of Hawaii, and elsewhere, **JEFFREY KAMA**, did knowingly and intentionally possess, with intent to distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

COUNT 4:

The Grand Jury further charges that:

On or about December 9, 2004, in the District of Hawaii, and elsewhere, **KEITH IMAI**, did knowingly and intentionally distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

COUNT 5:

The Grand Jury further charges that:

On or about December 9, 2004, in the District of Hawaii, and elsewhere, **SHAWNA KAULUKUKUI**, did knowingly and intentionally possess, with intent to distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

### COUNT 6:

On or about January 25, 2005, in the District of Hawaii, and elsewhere, **KEITH IMAI**, did knowingly and intentionally distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

### COUNT 7:

On or about January 25, 2005, in the District of Hawaii, and elsewhere, **MICHAEL MIYASATO**, did knowingly and intentionally possess, with intent to distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

### COUNT 8:

On or about February 4, 2005, in the District of Hawaii, and elsewhere, **KEITH IMAI**, did knowingly and intentionally distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

COUNT 9:

On or about February 4, 2005, in the District of Hawaii, and elsewhere, **MICHAEL MIYASATO**, did knowingly and intentionally possess, with intent to distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18 United States Code, Section 2.

COUNT 10:

On or about December 4, 2004, within the District of Hawaii, **JEFFREY KAMA**, did knowingly and intentionally carry a firearm, to wit: a "Q.F.I." brand model S.A. 25, .25 caliber semi-automatic pistol, serial number AM01824F, and ammunition, to wit: two (2) "PMC" brand and five (5) "Winchester" brand .25 caliber rounds, during and in relation to a drug trafficking offense for which he may be prosecuted in a court of the United States, to wit, the offense described in Count 3 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1).

COUNT 11:

The Grand Jury further charges that:

On or about April 14, 2005, within the District of Hawaii, **KEITH IMAI**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce ammunition, to wit: sixty-five (65) rounds of .32 caliber "Winchester" brand ammunition and six (6) rounds of .380 caliber "Federal" brand ammunition, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

COUNT 12:

The Grand Jury further charges that:

On or about November 23, 2004, within the District of Hawaii, **KEITH IMAI and JEFFREY KAMA**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 13:

The Grand Jury further charges that:

On or about November 27, 2004, within the District of Hawaii, **KEITH IMAI and SHAWNA KAULUKUKUI**, used and caused to be used a communications facility, that is a telephone, in causing

or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 14:

The Grand Jury further charges that:

On or about December 4, 2004, within the District of Hawaii, **KEITH IMAI and JEFFREY KAMA**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 15:

The Grand Jury further charges that:

On or about December 4, 2004, within the District of Hawaii, **KEITH IMAI and SHAWNA KAULUKUKUI**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 16:

The Grand Jury further charges that:

On or about December 9, 2004, within the District of Hawaii, **KEITH IMAI and SHAWNA KAULUKUKUI**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 17:

The Grand Jury further charges that:

On or about December 27, 2004, within the District of Hawaii, **KEITH IMAI and MICHAEL MIYASATO**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 18:

The Grand Jury further charges that:

On or about January 25, 2005, within the District of Hawaii, **KEITH IMAI and MICHAEL MIYASATO**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 19:

The Grand Jury further charges that:

On or about February 4, 2005, within the District of Hawaii, **KEITH IMAI and MICHAEL MIYASATO**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

DATED: May 12, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Keith Imai, et al.
"Indictment"
Cr. No.