# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/1/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00189DAE |
| CASE NAME: | USA v. (01) Keith Seichi Imai |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01) Myles Breiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/1/2005 | TIME: | 10:12-10:14:12am |

COURT ACTION:  EP: Defendant (01) Keith Imai's Motion to Compel Discovery - defendant present, in custody.  Counsel have reached an agreement wherein Mr. Thomas will respond in the next two weeks to the discovery request.  Motion to Compel Discovery continued to 12/15/05 at 10:00am before Judge Chang.

Defendant is remanded to the custody of the USMS.

EO: At counsel's request, Motion to Compel Discovery set 12/15/05 before Judge Chang has been continued to 12/16/05 at 10:00am before Judge Chang.  All counsel notified.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Keith Imai4,sa.wpd