# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00189DAE |
| CASE NAME: | USA vs. (01) KEITH SEICHI IMAI |
| | USA vs. (2) JEFFREY KAMA |
| | USA vs. (03) SHAWNA KAULUKUKUI |
| | USA vs. (04) MICHAEL MIYASATO |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Myles S. Breiner |
| | (02) Noah Fiddler |
| | (03) Louis Michael Ching |
| | (04) Pamela Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/23/2006 | TIME: | 10:10-10:30 |

COURT ACTION:  EP: Further Hearing on Defendant (01)'s Motion to Compel Discovery - Defendant (01) Keith Seichi Imai present, in custody. Atty Noah Fiddler appeared for Atty Louis Michael Ching. Defendants (02), (03) and (04) not present, presence waived.

Arguments heard.  Motion Granted in part and Denied in part.  Govt to prepare Order.

Govt's Oral Motion to Continue Trial Granted over objections by Defendant (01) Imai.

Jury Selection/Trial is continued to 9:00 7/5/06, DAE.
Final Pretrial Conference is continued to 10:00 6/5/60, BMK.
Defendant's Motions due 5/22/06.
Government's Response due 6/5/06.

Time excluded from 2/22/06 thru 7/5/06 from the requirements of the Speedy Trial Act. Govt to prepare Order.

Defendant (01) Keith Seichi Imai remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager