EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART AND |
| | ) | DENYING IN PART DEFENDANT'S |
| vs. | ) | MOTION TO COMPEL DISCOVERY |
| | ) | |
| KEITH SEICHI IMAI,     (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING IN PART AND DENYING
IN PART DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant KEITH IMAI's Motion to Compel Discovery (hereinafter "Defendant's Motion") came on for hearing on January 23, 2006, before this honorable Court.  Chris A. Thomas, Assistant United States Attorney, appeared on behalf of the United States, and Myles S. Breiner, Esq., appeared on behalf of Defendant KEITH IMAI.

Upon consideration of the motion submitted in connection with this matter and the argument of counsel at the hearing,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED in part and DENIED in part.

The Court grants that part of the motion requesting information or evidence related to Rule 404(b) of the Federal Rules of Evidence and <u>Brady</u>.  The Court orders that such evidence as to the current offenses be disclosed by the government.  The Court denies that part of the motion requesting information or evidence of offenses for which the Defendant has not been charged.

DATED:  Honolulu, Hawai'i, January 25, 2006.



_____
Leslie E. Kobayashi
United States Magistrate Judge

U.S. v. Keith Imai
Cr. No. 05-00189 DAE
Order Denying In Part and Granting
 In Part Defendant's Motion
 to Compel Discovery