# ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:   (808) 526-3426
Facsimile:   (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

Attorney for Defendant
KEITH IMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH IMAI,     (01)<br><br>Defendant. | Cr. No. 05-00189DAE-01<br><br>NOTICE OF MOTION; DEFENDANT IMAI'S SECOND MOTION TO COMPEL DISCOVERY; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Date   :  _____<br>Time   :  _____<br>Judge :  _____ |

### NOTICE OF MOTION

TO:   CHRIS THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, United States _____ in his/her courtroom in

the United States District Courthouse, PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the _____ day of _____, 2006, at _____ ___.m.



or as soon as counsel may be heard.

Dated:         Honolulu, Hawaii _____3/8_____, 2006.

MYLES S. BREINER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S IMAI'S SECOND |
| KEITH IMAI,        (01) | ) | MOTION TO COMPEL DISCOVERY |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DEFENDANT IMAI'S SECOND MOTION TO COMPEL DISCOVERY

Defendant Keith Imai, by and through his attorney, MYLES S. BREINER, hereby

moves this Honorable Court for an order compelling the Government to produce additional

discovery.

This motion is made pursuant to Rule 16 of the Federal Rules of Criminal

Procedure, and is supported by the attached Declaration of Counsel, the records and files

contained in this case, and further argument which shall be adduced at the hearing on this

motion.

Dated: Honolulu, Hawaii _____3/8_____, 2006.

_____

MYLES S. BREINER

Attorney for Defendant
KEITH IMAI