IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| Plaintiff, | ) | |
| v. | ) | |
| KEITH IMAI,    (01) | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following party(ies) via **hand delivery**, on _____, 2006.

TO:  CHRIS THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Dated:    Honolulu, Hawaii    3/8    , 2006.

_____
MYLES S. BREINER