MYLES S. BREINER  4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone:    (808) 526-3426
Facsimile:    (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant
KEITH IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION; MOTION TO |
| v. | ) | COMPEL IDENTITY OF |
| | ) | CONFIDENTIAL SOURCES; |
| KEITH IMAI, (01) | ) | DECLARATION OF COUNSEL; |
| | ) | MEMORANDUM IN SUPPORT OF |
| Defendant. | ) | MOTION; CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: _____ |

NOTICE OF MOTION

TO:  CHRIS THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, United States _____ in his/her courtroom in

the United States District Courthouse, PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the _____ day of _____, 2006, at _____ ___.m.

or as soon as counsel may be heard.

    Dated:    Honolulu, Hawaii    3/8   , 2006.

                                                                                       MYLES S. BREINER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH IMAI,    (01) | ) | MOTION TO COMPEL IDENTITY OF |
| | ) | CONFIDENTIAL SOURCES |
| Defendant. | ) | |
| | ) | |

MOTION TO COMPEL IDENTITY OF CONFIDENTIAL SOURCES

Defendant KEITH IMAI, by and through his attorney, MYLES S. BREINER, hereby moves this Honorable Court for an order compelling the Government to provide the identification of the confidential sources in this case.

This motion is brought pursuant to Rule 501 of the Federal Rules of Evidence, Rule 12(b)(2) of the Federal Rules of Criminal Procedure, and is supported by the attached Declaration of Counsel and Memorandum in Support of Motion, the records and files contained in this case, and further evidence and testimony which shall be adduced at the hearing on this motion.

Dated: Honolulu, Hawaii    3/8   , 2006.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH IMAI