## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following party(ies) via **hand delivery**, on _____, 2006.

> TO: CHRIS THOMAS
> Assistant United States Attorney
> 6100 PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii ____3/8____, 2006.

_____
MYLES S. BREINER