ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:   (808) 526-3426
Facsimile:   (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

Attorney for Defendant
KEITH IMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION; MOTION FOR |
| v. | ) | DISCLOSURE OF GRAND JURY |
| | ) | TRANSCRIPTS; DECLARATION OF |
| KEITH IMAI,   (01) | ) | COUNSEL; MEMORANDUM IN |
| | ) | SUPPORT OF MOTION; CERTIFICATE |
| Defendant. | ) | OF SERVICE |
| | ) | |
| | ) | Date: _____ |
| | ) | Time: _____ |
| _____ | ) | Judge: _____ |

NOTICE OF MOTION

TO:   CHRIS THOMAS
      Assistant United States Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, United States _____ in his/her courtroom in

the United States District Courthouse, PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the _____ day of _____, 2006, at _____ ___.m.



or as soon as counsel may be heard.

   Dated:  Honolulu, Hawaii  **3/8**  , 2006.

                   /s/ Myles S. Breiner
                   MYLES S. BREINER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR DISCLOSURE OF |
| KEITH IMAI,    (01) | ) | GRAND JURY TRANSCRIPTS |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS

Defendant KEITH IMAI, by and through his attorney, MYLES S. BREINER, hereby moves this Honorable Court for an order granting disclosure of the grand jury transcripts for the instant matter.

This motion is brought pursuant to Rule 6(E) of the Federal Rules of Criminal Procedure, and is supported by the Declaration of Counsel attached hereto, the records and files contained in this case, and further argument which shall be adduced at the hearing on this motion.

Dated:    Honolulu, Hawaii     3/8    , 2006.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH IMAI