# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00189DAE |
| CASE NAME: | USA v. (01) Keith Seichi Imai |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Myles S. Breiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/31/2006 | TIME: | 10:32 - 10:43 |

COURT ACTION:  EP:  Defendant Imai's Second Motion to Compel Discovery - DENIED WITHOUT PREJUDICE.

Defendant Imai's Motion to Compel Identity of Confidential Sources - DENIED WITHOUT PREJUDICE.

Defendant Imai's Motion for Disclosure of Grand Jury Transcripts - DENIED WITHOUT PREJUDICE.

Thomas to prepare order.
Defendant's presence waived.

Submitted by Richlyn Young, Courtroom Manager