EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER DENYING DEFENDANT IMAI'S MOTION FOR DISCLOSURE OF GRAND |
| vs. | ) ) | JURY TRANSCRIPTS |
| KEITH SEICHI IMAI, (01) | ) ) | |
| Defendant. | ) ) | |

ORDER DENYING DEFENDANT IMAI'S MOTION
FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS

Defendant KEITH IMAI's Motion for Disclosure of Grand Jury Transcripts (hereinafter "Defendant's Motion") came on for hearing on March 31, 2006, before this Honorable Court. Chris A. Thomas, Assistant United States Attorney, appeared on behalf of the United States, and Myles S. Breiner, Esq., appeared on behalf of Defendant KEITH IMAI.

Upon consideration of the motion submitted in connection with this matter and the argument of counsel at the hearing,

IT IS HEREBY ORDERED that Defendant's Motion is DENIED WITHOUT PREJUDICE.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 6, 2006

U.S. v. Keith Seichi Imai
Cr. No. 05-00189 DAE
Order Denying Defendant Imai's Motion for
  Disclosure of Grand Jury Transcripts