# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00189DAE |
| CASE NAME: | USA v. (01) Keith Imai, (02) Jeffrey Kama, (03) Shawna Kaulukukui, (04) Michael Miyasato |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 6/13/2006 | TIME: | |

COURT ACTION:  EO: Final Pretrial Conference set for 6-13-06 not held.  Per Chris Thomas, parties will stipulate to new trial date/deadlines.  Thomas to notify parties.

Submitted by Richlyn Young, courtroom manager