ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone:   (808) 526-3426
Facsimile:   (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2006

at __1__ o'clock and __25__ min __P__ M
SUE BEITIA, CLERK

Attorney for Defendant
KEITH IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION; MOTION FOR |
| v. | ) | RECONSIDERATION OF ORDER |
| | ) | GRANTING MOTION TO DETAIN |
| KEITH IMAI,  (01) | ) | WITHOUT BAIL; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| | ) | |
| | ) | Date: _____ |
| | ) | Time: _____ |
| _____ | ) | Judge: _____ |

NOTICE OF MOTION

TO:   CHRIS THOMAS
      Assistant United States Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, United States _____ in his/her courtroom in

the United States District Courthouse, PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the_____ day of _____, 2006, at _____ ___.m.

or as soon as counsel may be heard.

    Dated:    Honolulu, Hawaii   2/21  , 2006.

                                                                   MYLES S. BREINER