<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following party(ies) via **hand delivery**, on _____, 2005.

        TO:   CHRIS THOMAS
                Assistant United States Attorney
                6100 PJKK Federal Building
                300 Ala Moana Boulevard
                Honolulu, Hawaii 96813

                U.S. PRETRIAL SERVICES
                PJKK Federal Building
                300 Ala Moana Boulevard
                Honolulu, Hawaii 96813

Dated:     Honolulu, Hawaii _7/21_____, 2006.

                                _____
                                MYLES S. BREINER