# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00189DAE

CASE NAME:       USA v. (01)Keith Seichi Imai
                 (02)Jeffrey Kama
                 (03) Shawna Kaulukukui
                 (04) Michael Miyasato

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     David Alan Ezra          REPORTER:

DATE:      07/28/2006               TIME:

COURT ACTION:  EO: Jury Selection/Trial to Follow continued from 07/05/2006 09:00:00 AM to 10/31/2006 09:00:00 AM before DAE.

Final Pretrial Conference continued from 06/13/2006 02:00:00 PM to 10/02/2006 10:00:00 PM, Judge presiding changed from BMK to LEK, from COURTROOM 6 to COURTROOM 7 before LEK

Time to be excluded from 7/5/2006 to 10/30/2006

Stip to be prepared by Mr. Thomas.

Submitted by: Theresa Lam, Courtroom Manager