# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00189DAE

CASE NAME:        USA vs. (01) KEITH SEICHI IMAI

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   (01) Myles S. Breiner

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:    07/31/2006                   TIME:       1:07-1:18

COURT ACTION:  EP: Defendant (01) Keith Seichi Imai's Motion for Reconsideration of Order Granting Motion to Detain Without Bail - Defendant (01) Keith Seichi Imai present in custody.

Arguments heard.

Motion Denied and terminated.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager