EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

               IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| KEITH SEICHI IMAI,      (01) | ) | |
| JEFFREY KAMA,           (02) | ) | |
| SHAWNA KAULUKUKUI, and  (03) | ) | |
| MICHAEL MIYASATO,       (04) | ) | |
| | ) | OLD TRIAL DATE: 07/05/06 |
| Defendants. | ) | NEW TRIAL DATE: 10/31/06 |

                    STIPULATION AND ORDER
            CONTINUING TRIAL AND TO EXCLUDE TIME

      IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for July 5, 2006, be continued to October 31, 2006 at 9:00 a.m. before the Honorable David A. Ezra.  The Final Pretrial

Conference is set for October 2, 2006, at 10:00 a.m. before Magistrate Leslie E. Kobayashi. Defendants' motions are due September 5, 2006, and the Government's responses are due September 19, 2006.

    IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning July 5, 2006, to and including October 31, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

    IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//

DATED: Honolulu, Hawaii, _____August 10, 2006_____.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Chris A. Thomas
           CHRIS A. THOMAS
           Assistant U.S. Attorney


/s/ Myles S. Breiner            /s/ Noah Fiddler
MYLES S. BREINER               NOAH FIDDLER
Attorney for Defendant (01)    Attorney for Defendant (02)
KEITH SEICHI IMAI            JEFFREY KAMA


/s/ Louis M. Ching             /s/ Emmanuel G. Guerrero
LOUIS M. CHING                 EMMANUEL G. GUERRERO
Attorney for Defendant (03)    Attorney for Defendant (04)
SHAWNA KAULUKUKUI           MICHAEL MIYASATO


IT IS SO APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, August 11, 2006.



                               _____
                               Kevin S.C. Chang
                               United States Magistrate Judge


United States v. Keith Seichi Imai, et al.
Cr. No. 05-00189 DAE
"Stipulation and Order Continuing Trial and
  to Exclude Time"