# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/02/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR NO. 05-00189DAE

CASE NAME:    USA vs. (01) KEITH SEICHI IMAI
USA vs. (02) JEFFREY KAMA
USA vs. (03) SHAWNA KAULUKUKUI
USA vs. (04) MICHAEL MIYASATO

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:    (01) Myles S. Breiner
(02) Noah Fiddler
(03) Louis Michael Ching
(04) Emmanuel Guerrero

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/02/2006 | TIME: | 3:05-3:07; 3:14-3:18 |

COURT ACTION:   EP: Final Pretrial Conference held.

Atty Myles S. Breiner not present.  Defendant (01) not present.

Atty Noah Fiddler appeared for Atty Emmanuel Guerrero.

Defendants (02), (03) and (04) not present, presence waived.

Jury Trial before Judge David Alan Ezra on October 31, 2006 at 9:00  a.m.

Representations by counsel on trial time:
The United States: 6 day(s)

Defendant (01): 1day (**assigned by the Court**);
(02): ½ day;
(03): ½ day;
(04): ½ day.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01), (02), (03) and (04).

1.   <u>Fed. R. Evid. 404(b)</u> : October 4, 2006
2.   a.   Motions in Limine filed and served by : October 11, 2006.
     b.   Memoranda in opposition to motions in limine filed and served by: October 16, 2006.
3.   <u>Brady and Giglio Material</u> by: October 11, 2006
4.   a.   Jury Instructions exchanged by October 11, 2006.
     d.   Filings required by 4(b) & (c) by: October 18, 2006.
5.   Witness Lists per stipulation by October 24, 2006.
6.   <u>Exhibits</u>
     a.   Parties will exchange exhibits.
     b.   Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.   <u>Stipulations</u>: In writing and filed by October 18, 2006.
8.   <u>Voir Dire Questions</u>: In writing by October 18, 2006.
9.   <u>Trial Briefs</u>: by October 18, 2006.
10.  <u>Jencks Disclosures</u> by the Friday before trial
11.  <u>Other Matters</u>: **Possible superseding indictment may be filed.  Govt will move to sever 2 new defendants.** Criminal Final Pretrial Conference Order to be issued.
12.  N/A


Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO. 05-00189DAE; USA vs. (01) Keith Seichi Imai, et al.;
Final Pretrial Conference Minutes
10/2/2006