ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:  526-3426

Attorney for Defendant
KEITH SEICHI IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | [21 U.S.C. §§ 841 (a) (1) |
| vs. | ) | (b) (1) (A),  (b) (1) (B), |
| | ) | 843 (b) and 846,  and |
| KEITH SEICHI IMAI,         (01) | ) | 18 U.S.C. §§ 2,  922(g) (1) |
| JEFFREY KAMA,                (02) | ) | and 924(a) (2) & (c) (1)] |
| SHAWNA KAULUKUI, and (03) | ) | |
| MICHAEL MIYASATO,      (04) | ) | NOTICE OF MOTION; |
| | ) | MOTION IN LIMINE; |
| Defendants. | ) | DECLARATION OF COUNSEL; |
| | ) | MEMORANDUM OF LAW; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Date  : |
| | ) | Time  : |
| | ) | Judge : |
| _____ | ) | |

NOTICE OF MOTION

TO:   CHRISTOPHER THOMAS
      Assistant United States Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96813

      Attorney for United States of America

PLEASE TAKE NOTICE that the attached Motion will be heard before the Honorable

_____, United States _____, in his/her courtroom in the United States Courthouse, located at the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, the _____ day of _____, 2006, or as soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, **10/5** ,2006.

/s/ Myles S. Breiner
MYLES S. BREINER
Attorney for Defendant
KEITH SEICHI IMAI