IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | [21 U.S.C. §§ 841 (a) (1) |
| | ) | (b) (1) (A), (b) (1) (B), |
| vs. | ) | 843 (b) and 846, and |
| | ) | 18 U.S.C. §§ 2, 922(g) (1) |
| KEITH SEICHI IMAI,   (01) | ) | and 924(a) (2) & (c) (1)] |
| JEFFREY KAMA,   (02) | ) | |
| SHAWNA KAULUKUI, and (03) | ) | |
| MICHAEL MIYASATO,   (04) | ) | |
| | ) | |
| Defendants. | ) | CERTIFICATE OF SERVICE |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the enclosed document will be served via personal service at the following location:

TO: CHRISTOPHER THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorney for United States of America

DATED: Honolulu, Hawaii __10/5__, 2006.

_____
MYLES S. BREINER
Attorney at Law

12