ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:  526-3426

Attorney for Defendant
KEITH SEICHI IMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH SEICHI IMAI,          (01)<br><br>Defendant. | ) Cr. No. 05-00189DAE<br>)<br>)<br>)<br>) NOTICE OF MOTION;<br>) DEFENDANT'S THIRD MOTION<br>) TO COMPEL DISCOVERY;<br>) DECLARATION OF COUNSEL;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) Date : _____<br>) Time : _____<br>) Judge : _____<br>) |

## NOTICE OF MOTION

TO:    CHRIS THOMAS
       Assistant U.S. Attorney
       Office of the U.S. Attorney
       6100 PJKK Federal Building
       300 Ala Moana Boulevard
       Honolulu, Hawaii  96813

       Attorney for United States of America

PLEASE TAKE NOTICE that the attached Motion will be heard before the

Honorable _____, United States _____, in his/her courtroom in the

United States Courthouse, located at the PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the _____ day of _____, 2006, or as soon thereafter

as counsel may be heard.

      Dated: Honolulu, Hawaii,_____10/9_____, 2006.

                              _____

                              MYLES S. BREINER

                              Attorney for Defendant
                              KEITH SEICHI IMAI