ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:  526-3426

Attorney for Defendant
KEITH SEICHI IMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Cr. No. 05-00189DAE |
|                                 ) | |
| Plaintiff,             ) | |
|                                 ) | |
| v.                              ) | NOTICE OF MOTION; |
|                                 ) | DEFENDANT'S THIRD MOTION |
| KEITH SEICHI IMAI,        (01)  ) | TO COMPEL DISCOVERY; |
|                                 ) | DECLARATION OF COUNSEL; |
| Defendant.            ) | CERTIFICATE OF SERVICE |
|                                 ) | |
|                                 ) | |
|                                 ) | Date   :   _____ |
|                                 ) | Time   :   _____ |
|                                 ) | Judge  :   _____ |
| _____ ) | |

### NOTICE OF MOTION

TO:   CHRIS THOMAS
      Assistant U.S. Attorney
      Office of the U.S. Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96813

      Attorney for United States of America

PLEASE TAKE NOTICE that the attached Motion will be heard before the

Honorable _____, United States _____, in his/her courtroom in the

United States Courthouse, located at the PJKK Federal Building, 300 Ala Moana Blvd.,

Honolulu, Hawaii, on _____, the _____ day of _____, 2006, or as soon thereafter

as counsel may be heard.

Dated: Honolulu, Hawaii,_____10/9_____, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI