IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KEITH SEICHI IMAI,           (01) | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was served by hand delivering or mailing a copy of same, duly stamped, postage prepaid, from the United States Post Office at Honolulu, Hawaii, on the date of filing of said motion to:

TO: CHRIS THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, 10/9, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI