EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00189-01 DAE |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO |
| ) | CONTINUE TRIAL DATE; |
| vs. ) | DECLARATION OF COUNSEL; |
| ) | CERTIFICATE OF SERVICE |
| KEITH SEICHI IMAI,    (01) ) | |
| ) | Trial: October 31, 2006 |
| Defendant. ) | Judge: The Honorable |
| ) |         David Alan Ezra |
| _____) | |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE**

   The United States of America, by and through its undersigned counsel, respectfully moves this Honorable Court for an order continuing the trial date in this matter which is currently set for October 31, 2006.

   This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based upon the attached Declaration of Counsel, the records and files herein, and such further evidence as the Court may hear.

   DATED: Honolulu, Hawaii, October 20, 2006.

                <u>/s/ Chris A. Thomas</u>
                CHRIS A. THOMAS
                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

    Served electronically through CM/ECF:

    Myles Breiner, Esq.      October 20, 2006
    mbreiner@hawaii.rr.com

    Attorney for Defendant
    KEITH SEICHI IMAI

DATED: HONOLULU, HAWAII: October 20, 2006.

                                          /s/ Janice Tsumoto