EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawai`i

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00189 DAE |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S |
| ) | MOTION TO CONTINUE TRIAL |
| vs. ) | |
| ) | |
| KEITH SEICHI IMAI,  and  (01)  ) | |
| JEFFREY KAMA,            (02)  ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE TRIAL

The Government's Motion to Continue Trial was heard before the Honorable Magistrate Judge Kevin S.C. Chang on October 26, 2006.  Appeared were Assistant U.S. Attorney Chris A. Thomas, for the government; Myles S. Breiner, Esq., attorney for Defendant Keith Imai, who was also present; and Noah Fiddler, Esq., attorney for Defendant Jeffrey Kama, who was also present.

Based upon the arguments of counsel at the hearing, the matters contained in the Government's Motion to Continue Trial, and over the objections of counsel for Defendant Keith Imai,

IT WAS ORDERED that the jury trial currently scheduled for October 31, 2006, be continued to November 21, 2006 at 9:00 a.m. before the Honorable Judge David Alan Ezra.  The final pretrial conference is scheduled for October 30, 2006, at 10:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

The Court found that the ends of justice outweighed the best interest of the public and the Defendant in a speedy trial in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

IT WAS FURTHER ORDERED that the period beginning October 31, 2006 to and including November 21, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.

DATED:  Honolulu, Hawai`i, October 30, 2006.



　/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge


United States v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Order Granting Government's Motion
  to Continue Trial