EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH SEICHI IMAI, and (01) | ) | |
| JEFFREY KAMA,          (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Granting Government's Motion to Continue Trial was signed on October 30, 2006 and filed on October 31, 2006:

Served electronically through CM/ECF on October 31, 2006:

    MYLES S. BREINER, ESQ.
    mbreiner@hawaii.rr.com

    Attorney for Defendant
    KEITH SEICHI IMAI

Served by First Class Mail on October 31, 2006:

    NOAH FIDDLER, ESQ.
    Seven Waterfront Plaza
    500 Ala Moana Blvd., Suite 400
    Honolulu, Hawaii 96813

    Attorney for Defendant
    JEFFREY KAMA


    DATED:  Honolulu, Hawaii, October 31, 2006.


                                      /s/ Janice Tsumoto