# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00189DAE

CASE NAME:       USA vs. (01) KEITH SEICHI IMAI

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  (01) Myles S. Breiner

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:    10/30/2006                   TIME:       10:39-10:42

COURT ACTION:  EP: Defendant (01) Keith Seichi Imai's Third Motion to Compel Discovery - Defendant (01) Keith Seichi Imai present in custody.

Arguments heard.  Motion Denied and terminated.

Final Pretrial Conference held (see separate minutes).

Submitted by: Warren N. Nakamura, Courtroom Manager