# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00189DAE |
| CASE NAME: | USA vs. (01) KEITH SEICHI IMAI |
| | USA vs. (02) JEFFREY KAMA |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Myles S. Breiner |
| | (02) Noah Fiddler |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/30/2006 | TIME: | 10:42-10:45 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendant (01) Keith Seichi Imai present in custody.  Defendant (02) Jeffrey Kama not present, presence waived.

Jury Trial before Judge David Alan Ezra on November 21, 2006 at 9:00.a.m..

Representations by counsel on trial time: (**as given in previous final pretrial conference**):
The United States: **6** day(s);
Defendant: (01): **½** day(s);
Defendant: (02): **½** day(s);

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01) and (02)

**ALL DEADLINES ARE November 1, 2006:**

1. Fed. R. Evid. 404(b) : November 1, 2006.
2. a. Motions in Limine filed and served by: November 1, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: November 6, 2006.
3. Brady and Giglio Material by: November 1, 2006
4. a. Jury Instructions exchanged by **N/A**

      d.      Filings required by 4(b) & (c) by: November 1, 2006.
5. Witness Lists per stipulation by November 1, 2006.
6. <u>Exhibits</u>
      a.      Parties will exchange exhibits.
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by November 1, 2006.
8. <u>Voir Dire Questions</u>: In writing by November 1, 2006.
9. <u>Trial Briefs</u>: by November 1, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: CR Final Pretrial Order to be issued
12. N/A

Defendant (01) Keith Seichi Imai remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO. 05-00189DAE;
USA vs. (01) KEITH SEICHI IMAI
USA vs. (02) JEFFREY KAMA;
Final Pretrial Conference Minutes
10/30/2006