```
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   chris.thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING GOVERNMENT'S |
| | ) | WITNESS LIST FOR TRIAL; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| KEITH SEICHI IMAI, et al. | ) | |
| | ) | |
| Defendant. | ) | DATE : November 28, 2006 |
| | ) | TIME : 9:00 a.m. |
| | ) | JUDGE: Honorable David Alan |
| _____ | ) | Ezra |

### NOTICE OF FILING GOVERNMENT'S
### WITNESS LIST FOR TRIAL

The United States of America hereby submits its Witness List for trial in the above-captioned matter. The United States reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

DATED: November 15, 2006, at Honolulu, Hawaii.

        Respectfully submitted,

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By  /s/ Chris A. Thomas
    CHRIS A. THOMAS
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

    MYLES BREINER, ESQ.          November 15, 2006
    mbreiner@hawaii.rr.com

    Attorney for Defendant
    KEITH SEICHI IMAI


    NOAH FIDDLER, ESQ.           November 15, 2006
    Seven Waterfront Plaza
    500 Ala Moana Blvd., Suite 400
    Honolulu, Hawaii 96813

    Attorney for Defendant
    JEFFREY KAMA

    DATED:  November 15, 2006, at Honolulu, Hawaii.


                                            /s/ Janice Tsumoto