# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00189DAE

CASE NAME:        USA v. Imai, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     11/17/2006               TIME:

COURT ACTION:  EO:  Jury Selection/Trial to Follow has been continued from 11/21/2006 to 11/28/2006.

Time to be excluded from 11/21/2006 to 11/27/2006.

Stip to be prepared by Mr. Thomas.

All counsel notified by phone.

Submitted by: Theresa Lam, Courtroom Manager