IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE |
| Plaintiff, | ) | |
| v. | ) | |
| KEITH SEICHI IMAI,    (01) | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was served by hand delivering or mailing a copy of same, duly stamped, postage prepaid, from the United States Post Office at Honolulu, Hawaii, on the date of filing of said motion to:

    TO:    CHRIS THOMAS
               Assistant United States Attorney
               6100 PJKK Federal Building
               300 Ala Moana Boulevard
               Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, _____11/20_____, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI