MYLES S. BREINER  #4364
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone: 526-3426

Attorney for Defendant
KEITH SEICHI IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189-01 DAE |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO SHORTEN |
| | ) | TIME TO HEAR MOTION TO |
| v. | ) | CONTINUE TRIAL AND FOURTH |
| | ) | MOTION TO COMPEL DISCOVERY; |
| KEITH SEICHI IMAI, | ) | DECLARATION OF COUNSEL; |
| | ) | ORDER GRANTING EX PARTE |
| Defendant. | ) | MOTION TO SHORTEN TIME TO |
| | ) | HEAR MOTION TO CONTINUE TRIAL |
| | ) | AND FOURTH MOTION TO COMPEL |
| | ) | DISCOVERY; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: _____ |

EX PARTE MOTION TO SHORTEN TIME TO HEAR
MOTION TO CONTINUE TRIAL

Defendant KEITH SEICHI IMAI, by and through his attorney, MYLES S. BREINER, hereby moves this Honorable Court, ex parte, for an order shortening time to hear Defendant's Motion to Continue Trial and Fourth Motion to Compel Discovery.

Dated: Honolulu, Hawaii \_\_\_\_\_11/20\_\_\_\_\_, 2006.

/s/ Myles S. Breiner
MYLES S. BREINER
Attorney for Defendant
KEITH SEICHI IMAI