IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-000189-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO SHORTEN TIME TO HEAR |
| KEITH SEICHI IMAI, | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO HEAR
MOTION TO CONTINUE TRIAL AND FOURTH MOTION TO COMPEL DISCOVERY

IT IS HEREBY ORDERED, that Defendant's Ex Parte Motion to Shorten Time to Hear Motion to Continue Trial and Fourth Motion to Compel Discovery is granted and said hearing will be held in the in the courtroom of the Hon. _____ on the _____ day of _____, 2006 at _____.m., or as soon thereafter as counsel may be heard.

DATED:    Honolulu, Hawaii _____, 2006.


_____
JUDGE OF THE ABOVE-ENTITLED COURT