IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-000189-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH SEICHI IMAI, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document will be duly served upon the following party(ies) via **hand delivery** on _____, 2006.

TO: CHRIS THOMAS
Assistant U.S. Attorney
Office of the U.S. Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96813

Dated: Honolulu, Hawaii  11/20 , 2006.

_____
MYLES S. BREINER