IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV NO. 05-189-01 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| KEITH SEICHI IMAI, | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME TO HEAR MOTION TO CONTINUE TRIAL

The Court GRANTS Defendant Keith Seichi Imai's Motion to Shorten Time to Hear Motion to Continue Trial. Defendant may argue his Motion at the hearing set for November 21, 2006 at 9:00 a.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 20, 2006.

_____
David Alan Ezra
United States District Judge