**ORIGINAL**

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | SPECIAL INFORMATION AS TO |
| | ) | PRIOR DRUG CONVICTION OF |
| VS. | ) | DEFENDANT PURSUANT TO TITLE |
| | ) | 21, UNITED STATES CODE, |
| KEITH SEICHI IMAI, | ) | SECTION 851; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

SPECIAL INFORMATION AS TO
PRIOR DRUG CONVICTION OF DEFENDANT PURSUANT
TO TITLE 21, UNITED STATES CODE, SECTION 851

TO THE HONORABLE JUDGE OF THE ABOVE-CAPTIONED COURT:

Please take notice that the United States proposes to rely on a prior conviction of the defendant above-named in support of its claim that said defendant is subject to increased

punishment by reason thereof pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, as amended, as follows:

That Defendant was convicted of Possession with Intent to Distribute Cocaine, a felony drug offense in violation of Title 21 United States Code, Section 841(a)(1) in the criminal case entitled <u>United States of America vs. Keith Imai</u>, District of Hawaii, Criminal Number 90-01814 ACK and was sentenced on May 28, 1991 to confinement for a period of 37 months, and supervised release of 5 years. Said felony conviction is final at this time, and was also final as of the time that defendant committed the federal criminal offenses charged in the above-captioned action in this Court.

DATED: Honolulu, Hawaii, November 18, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached was duly served upon the following person by facsimile and mail on __NOV 2 0 2006__, as set forth below:

> MYLES S. BREINER, Esq.
> 345 Queen Street, Suite 200
> Honolulu, Hawaii 96813
> Phone: (808) 536-3426
> Facsimile: (808) 566-0347
>
> Attorney for Defendant
> KEITH SEICHI IMAI

DATED: Honolulu, Hawaii, __NOV 2 0 2006__.