EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH SEICHI IMAI, and (01) | ) | |
| JEFFREY KAMA,        (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


CERTIFICATE OF SERVICE

        I hereby certify that the Order Continuing Trial Date
and Excluding Time was submitted to Magistrate Judge Kevin S.C.
Chang for signature and was served on the following counsel on
November 21, 2006:

MYLES S. BREINER, ESQ.
mbreiner@hawaii.rr.com

Attorney for Defendant
KEITH SEICHI IMAI


NOAH FIDDLER, ESQ.
Seven Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, Hawaii 96813

Attorney for Defendant
JEFFREY KAMA


DATED:  Honolulu, Hawaii, November 21, 2006.


                    /s/ Janice Tsumoto




U.S. v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Certificate of Service