# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00189DAE

CASE NAME:         USA v. (01) Keith Seichi Imai
                         (02) Jeffrey Kama

ATTYS FOR PLA:     Chris Thomas

ATTYS FOR DEFT:    (01) Myles Breiner
                   (02) Noah Fiddler

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    11/21/2006                 TIME:       10:05-10:07am


COURT ACTION:  EP: A&P to the Superseding Indictment as to defendants 01 and 02 - defendants 01 and 02 present, both in custody.

Arraignments waived, pleas of Not Guilty entered as to the Superseding Indictment as to defendants 01 and 02

Counsel appeared before Judge Ezra this morning on a Motion to Continue Trial.  New trial date of 3/20/07 given.

Jury Selection/Trial: 3/20/07, 9:00am, Judge Ezra
Final Pretrial Conference: 2/20/07, 10:00am, Judge Kurren
Motions due: 2/6/07
Response due:  2/20/07

Defendants 01 and 02 remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager