EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH SEICHI IMAI, and (01) | ) | |
| JEFFREY KAMA,         (02) | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

   I hereby certify that the Order Continuing Trial Date and Excluding Time was signed on November 21, 2006 and filed on November 22, 2006:

Served electronically through CM/ECF on November 22, 2006:

       MYLES S. BREINER, ESQ.
       mbreiner@hawaii.rr.com

       Attorney for Defendant
       KEITH SEICHI IMAI

Served by First Class Mail on November 22, 2006:

       NOAH FIDDLER, ESQ.
       Seven Waterfront Plaza
       500 Ala Moana Blvd., Suite 400
       Honolulu, Hawaii 96813

       Attorney for Defendant
       JEFFREY KAMA


     DATED:  Honolulu, Hawaii, November 22, 2006.


                             /s/ Janice Tsumoto


U.S. v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Certificate of Service