AO 83 (Rev. 12/85) Summons in a Criminal Case          CR 05-00189 DAE 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV. 2 1 2006

SUE BEITIA, CLERK

## RETURN OF SERVICE

at ___ o'clock and ___ min. ___ M

Service as made by me on:[1]          Date  11-21-06

Check one box below to indicate appropriate method of service

☑  Served personally upon the defendant at: __USMSCellblock__

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on __11-21-06__          __Mark M. Hanohano__
              Date                    Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V.<br><br>KEITH SEICHI IMAI<br>(Name and Address of Defendant) | Case Number: CR 05-00189 DAE 01 |

*Belk: Serve in cell*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>AS DESIGNATED |
|---|---|
| | Date and Time<br><br>11/21/2006 @ 10:00 a.m. |
| Before: Kevin S. C. Chang, United States Magistrate Judge | |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 and 18 United States Code, Section(s) 841(a)(1)(b)(1)(A); (b)(1)(B), 843(b), 846, 853 and 2, 922(g)(1), 924(a)(2) & (c)(1).

Brief description of offense:
Conspiracy to distribute and possess with intent to distribute methamphetamine, Sched. II controlled substance
Possess and distribute methamphetamine, Sched. II controlled substance
Convicted felon in possession of a firearm
Use of a communication facility in the commission of a conspiracy to distribute methamphetamine
Criminal forfeiture

*2006 NOV 17 AM 9:__ U.S. MARSHALS SERVICE HONOLULU, HI*

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

November 17, 2006
Date