IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH SEICHI IMAI, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was served by hand delivering or mailing a copy of same, duly stamped, postage prepaid, from the United States Post Office at Honolulu, Hawaii, on the date of filing of said motion to:

TO: CHRIS THOMAS
Assistant U.S. Attorney
Room 6100 PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated: Honolulu, Hawaii, __11/24__, 2006

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI