## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was served on the following via facsimile and mail:

> MYLES S. BREINER, Esq.
> 345 Queen Street
> Honolulu, Hawaii 96813
> Phone:  (808) 526-3426
> FAX:    (808) 566-0347
>
> Attorney for Defendant
> KEITH SEICHI IMAI

DATED:  Honolulu, Hawaii, February 15, 2007.

_____