# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/20/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00189DAE

CASE NAME:       USA v. (01)Keith Seichi Imai

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (01)Myles S. Breiner

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    2/20/2007                TIME:       9:00am-9:30am

COURT ACTION:  EP:  [167]Motion to Dismiss for Prosecutorial Misconduct.

Defendant (01)Keith Seichi Imai present in custody.

[167]Motion to Dismiss for Prosecutorial Misconduct-DENIED.

Court to issue order.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager