EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         #2286
Chief, Narcotics Section

CHRIS A. THOMAS              #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| KEITH SEICHI IMAI,    (01) | ) | |
| JEFFREY KAMA,         (02) | ) | |
| | ) | OLD TRIAL DATE: 11/21/06 |
| Defendants. | ) | NEW TRIAL DATE: 11/30/06 |
| _____ | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for November 21, 2006, be continued to November 30, 2006 at 9:00 a.m. before the Honorable David A. Ezra.

      IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning November 21, 2006, to and including November 30, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.  The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

      IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//
//
//
//

DATED: Honolulu, Hawaii, _____.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Chris A. Thomas
          CHRIS A. THOMAS
          Assistant U.S. Attorney


 /s/ Myles S. Breiner            /s/ Noah Fiddler
MYLES S. BREINER                 NOAH FIDDLER
Attorney for Defendant (01)      Attorney for Defendant (02)
KEITH SEICHI IMAI                JEFFREY KAMA


IT IS SO APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 21, 2007.

_____
David Alan Ezra
United States District Judge


United States v. Keith Seichi Imai, et al.
Cr. No. 05-00189 DAE
"Stipulation and Order Continuing Trial and
   to Exclude Time"