# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00189DAE |
| CASE NAME: | USA v. (01) Keith Seichi Imai |
| | (02) Jeffrey Kama |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01) Myles Breiner |
| | (02) Noah Fiddler |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/26/2007 | TIME: | 10:03-10:09:49am |

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendants 01 and 02.

Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant 01 set 3/9/07 at 9:30am, Judge Chang.

Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant 02 set 3/2/07 at 3:30pm, Judge Kobayashi

Jury Trial date as to defendants 01 and 02 set 3/20/07 before Judge Ezra is hereby vacated.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on March 20, 2007 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 8 days

Defendant: 01 - Imai - 2 days

Defendant: 02 - Kama - ½ day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> : (none per the government)
2. a. Motions in Limine filed and served by :February 28, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: March 5, 2007.
3. <u>Brady and Giglio Material</u> by: February 28, 2007
4. a. Jury Instructions exchanged by February 28, 2007.
   d. Filings required by 4(b) & (c) by: March 7, 2007.
5. Witness Lists per stipulation by March 13, 2007.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by March 7, 2007.
8. <u>Voir Dire Questions</u>: In writing by March 7, 2007.
9. <u>Trial Briefs</u>: by March 7, 2007.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR05-189DAE
USA v. (01) Keith Imai and (02) Jeffrey Kama
Final Pretrial Conference Minutes
2/26/2007