EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00189-01 DAE |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| KEITH SEICHI IMAI,     (01) | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

     I hereby certify that the Preliminary Order Of Forfeiture was signed and filed on April 24, 2007 and served on the following:

    Served electronically through CM/ECF on April 24, 2007:

        MYLES S. BREINER, ESQ.
        mbreiner@hawaii.rr.com

        Attorney for Defendant
        KEITH SEICHI IMAI

DATED:  Honolulu, Hawaii, April 25, 2007.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By /s/ Chris A. Thomas
   CHRIS A. THOMAS
   Assistant U.S. Attorney

U.S. v. Keith Imai, et al.
Cr. No. 05-00189-01 DAE
Certificate of Service