

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2007

at 10 o'clock and 10 min A M
SUE BEITIA, CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES | Cr. No. 05-00189 DAE |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KEITH SEICHI IMAI | Preliminary Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
DEPARTMENT OF HOMELAND SECURITY

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rachel S. Moriyama
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm 6-100
Honolulu, Hawaii 96850-6100

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please publish notice.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF
RACHEL S. MORIYAMA                                                  [ ] DEFENDANT
TELEPHONE NO. (808) 541-2850
DATE May 3, 2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:
Nanette Sn Sarajina  05-04-07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. 32
District to Serve No. 32
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 5/4/07

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

ADDRESS: (Complete only if different than shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

DATE OF SERVICE | TIME OF SERVICE | [ ] AM [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY  DHS CBP FP&F Officer

**REMARKS:**
The notice was published in the Honolulu Star Bulletin on May 24, May 31 and June 7, 2007. The original affidavit of publicaiton is attached.

TD F 90-22.48 (6/96)