ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:  526-3426

Attorney for Defendant
KEITH SEICHI IMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 6 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF MOTION; DEFENDANT IMAI'S MOTION TO CONTINUE SENTENCING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| KEITH SEICHI IMAI,    (01) | ) | |
| Defendant. | ) | |
| | ) | Date   : _____ |
| | ) | Time   : _____ |
| | ) | Judge  : _____ |

NOTICE OF MOTION

TO:   CHRIS THOMAS
      Assistant U.S. Attorney
      Office of the U.S. Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96813

      Attorney for United States of America

PLEASE TAKE NOTICE that the attached Motion will be heard before the

Honorable _____, United States _____, in his/her courtroom in the

United States Courthouse, located at the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, the _____ day of _____, 2007, or as soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii,_____7/16_____, 2007.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH SEICHI IMAI,       (01) | ) | DEFENDANT IMAI'S MOTION |
| | ) | TO CONTINUE SENTENCING |
| Defendant. | ) | |
| | ) | |

### DEFENDANT IMAI'S MOTION TO CONTINUE SENTENCING

Comes Now, KEITH SEICHI IMAI, Defendant herein, by and through his attorney, MYLES S. BREINER, and hereby moves this Honorable Court to continue sentencing in the instant case until the end of the year because Defendant's wife was recently hospitalized following a stroke and related complications.

DATED: Honolulu, Hawaii, _____7/16_____, 2007.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI