IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KEITH SEICHI IMAI,         (01) | ) ) | DECLARATION OF COUNSEL |
| Defendant. | ) ) ) | |

### DECLARATION OF COUNSEL

1. I am the attorney for Defendant KEITH IMAI in the above-captioned case.

2. Defendant Imai requests continuation of his sentencing date from August 13, 2007, to the end of the year because of a recent medical emergency involving his wife, Mary Souza.

3. Counsel is informed that Defendant's wife Mary Souza was recently hospitalized at Kasier Permanente following a stroke and related complications.

4. Defendant is close to his two sons and concerned about his wife's health as a result of a stroke and the immediate impact on her and the children.

5. Defendant Imai has been incarcerated at the Federal Detention Center since the date of his arrest on April 15, 2005. Sentencing for the co-defendants was continued previously to accommodate both defendants and the Government.

6. The Government will not be prejudiced by a continuation of the sentencing date from August 14, 2007 to the end of the year. Accordingly Defendant requests

a continuance in the interest of justice pending his wife's stabilization and recovery to the end of the year.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 16_____, 2007.

_____
MYLES S. BREINER