ORIGINAL

MYLES S. BREINER  4364
Attorney at Law, Inc., ALC
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 526-3426

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2007

at 2 o'clock and 50 min. PM
SUE BEITIA, CLERK

Attorney for Defendant
KEITH SEICHI IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr No. 05-00189DAE-01 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE TO WITHDRAW MOTION TO CONTINUE SENTENCING DATE; CERTIFICATE OF SERVICE |
| KEITH SEICHI IMAI, (1) | ) | |
| Defendant. | ) | |

NOTICE TO WITHDRAW MOTION TO CONTINUE SENTENCING DATE

COMES NOW, Defendant KEITH SEICHI IMAI,, through his respective counsel MYLES BREINER, and hereby withdraws Defendant's Motion to Continue Sentencing, filed July 16, 2007.

Dated: Honolulu, Hawaii  7/18  , 2007.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00189DAE |
| Plaintiff, | ) | |
| v. | ) | |
| KEITH SEICHI IMAI,    (01) | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was served by hand delivering or mailing a copy of same, duly stamped, postage prepaid, from the United States Post Office at Honolulu, Hawaii, on the date of filing of said motion to:

TO: CHRIS THOMAS
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

DATED:    Honolulu, Hawaii, ____7/18____, 2007.

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI