ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone:   526-3426

Attorney for Defendant
KEITH SEICHI IMAI

LODGED
JUL 20 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 23 2007
at __ o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr No. 05-00189DAE-01 |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| KEITH SEICHI IMAI,   (1) ) | CONTINUING SENTENCING DATE |
| Defendant. ) | Old Sent Date:   8/13/07 |
| ) | New Sent Date: |

STIPULATION AND ORDER CONTINUING SENTENCING DATE

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff United States of America and Defendant KEITH SEICHI IMAI, through their respective counsel, that the sentencing date for Defendant IMAI be continued from Monday, August 13, 2007, to **Monday, December 3, 2007 at 1:30 p.m. before the Hon. David A. Ezra.**

Dated: Honolulu, Hawaii _____, 2007.

SO STIPULATED:

_____
MYLES S. BREINER

Attorney for Defendant
KEITH SEICHI IMAI

_____
CHRIS THOMAS
Assistant United States Attorney

APPROVED AND SO ORDERED:

_____
HONORABLE JUDGE DAVID A. EZRA