EDWARD H. KUBO. JR.  (2499)
United States Attorney
District of Hawaii

CHRIS A. THOMAS  (3415)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189-01 DAE |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| vs. | ) | |
| KEITH SEICHI IMAI,     (01) | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE

      WHEREAS, on April 24, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Keith Seichi Imai to forfeit his interest in the following properties:

      $5,486 in United States currency seized on February 25, 2005, from Defendant Keith Imai's residence; and

      $7,285 in United States currency seized on April 13, 2005, from Defendant Keith Imai's business

(hereinafter collectively referred to as the "Subject Properties"); and

WHEREAS, the United States caused to be published in the Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Properties in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Properties;

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Keith Seichi Imai had an interest in the Subject Properties that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Properties are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Properties described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

//
//
//

      IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

      DATED: _November 5, 2007, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

Presented by:

/s/ Chris A. Thomas  
CHRIS A. THOMAS  
Assistant U.S. Attorney

/s/ Maria Erler for  
MYLES BREINER, ESQ.  
Attorney for Defendant  
KEITH SEICHI IMAI

USA v. Keith Seichi Imai; Cr. No. 05-00189-01 DAE; "Final Order of Forfeiture"